# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1718

_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth Craig James

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: October 23, 2019
Filed: October 24, 2019
[Unpublished]

_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Kenneth James appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed a brief

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing abuse-of-discretion review of sentence for substantive reasonableness). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion, and we affirm.

_____